**GARY J. VALERIANO (Bar No. 89644)**
  gjv@amclaw.com
**KENNETH D. WATNICK (Bar No. 150936)**
  kdw@amclaw.com
**ANDERSON, McPHARLIN & CONNERS LLP**
**444 South Flower Street**
**Thirty-First Floor**
**Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**

**Attorneys for Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRI-UNION FROZEN PRODUCTS, INC., a corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation,<br><br>        Defendant. | Case No. 2:14-cv-08128-SVW-SH<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:            None |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1425763.1 06007-006

1    Plaintiff Tri-Union Frozen Products, Inc. ("Tri-Union") and Defendant

2    Travelers Casualty and Surety Company of America ("Travelers") respectfully

3    advise the Court that they have settled this matter.  The parties are finalizing a

4    written settlement agreement and will shortly file a stipulation for dismissal with

5    prejudice.  Accordingly, Tri-Union and Travelers jointly request that the Court

6    vacate all pending dates.

7

8    DATED:  March 17, 2016        ANDERSON, McPHARLIN & CONNERS LLP

9

10

11                                        By:  /s/ Gary J. Valeriano

12                                             Gary J. Valeriano
                                             Kenneth D. Watnick
13                                        Attorneys for Defendant TRAVELERS
                                        CASUALTY AND SURETY COMPANY OF
14                                        AMERICA

15    DATED:  March 17, 2016        ANGLIN, FLEWELLING, RASMUSSEN,
16                                        CAMPBELL & TRYTTEN LLP

17

18

19                                        By:  /s/ Daniel A. Armstrong

20                                             Daniel A. Armstrong
                                        Attorneys for Plaintiff TRI-UNION FROZEN
21                                        PRODUCTS, INC.

22

23    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest, under penalty of perjury, that

24    Daniel A. Armstrong concurs in this filing's content and has authorized me to file

25    this document.

26                                        /s/ Gary J. Valeriano

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1425763.1 06007-006