Daniel A. Armstrong (# 270175)
  darmstrong@afrct.com
Robert A. Bailey (# 214688)
  rbailey@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel:  (626) 535-1900 | Fax:   (626) 577-7764

R. Isaak Hurst, Esq.
  isaak.hurst@internationalmaritime.net
International Maritime Group, PLLC
601 Union Street, Suite 4200
Seattle, Washington 98101
Telephone: (206) 992-0710
Fax: (206) 707-8338

Attorneys for Plaintiff
Tri-Union Frozen Products, Inc.

Gary J. Valeriano (SBN 89644)
gjv@amclaw.com
Kenneth D. Watnick (SBN 150936)
kdw@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Tel:  (213) 688-0080
Fax:  (213) 622-7594

Attorney for Defendant Travelers Casualty
and Surety Company of America

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRI-UNION FROZEN PRODUCTS, INC., a corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation,<br><br>             Defendants. | CASE NO.: 2:14-cv-08128-SVW-SH<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>[Assigned to the Hon. Stephen V. Wilson] |

_ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP_

**TO THE HONORABLE COURT, AND TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to a April 25, 2016 confidential settlement agreement, plaintiff TRI-UNION FROZEN PRODUCTS, INC, and defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA , by and through their attorneys of record, hereby stipulate and agree as follows:

1.    The action is dismissed with prejudice in its entirety as to all defendants, pursuant to FRCP 41(a)(1)(A)(ii);

2.    Each party in this action shall bear their own fees and costs;

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 18, 2016

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By:    /s/ Daniel A. Armstrong
Daniel A. Armstrong
darmstrong@afrct.com
Attorneys for Plaintiff
Tri-Union Frozen Products, Inc.

Respectfully submitted,

Dated: May 18, 2016

ANDERSON, McPHARLIN & CONNERS LLP

By:    /s/ Kenneth D. Watnick
Kenneth D. Watnick
kdw@amclaw.com
Attorneys for Defendant Travelers
Casualtyand Surety Company of America

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1    **ATTESTATION REGARDING ELECTRONIC SIGNATURES**

2    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this

3    document has been obtained from each signatory.  I declare under penalty of

4    perjury under the laws of the United States of America that the foregoing is true

5    and correct.  Executed this 18th day of May 2016.

6

7                                    By:  /s/ Kenneth D. Watnick

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.: 2:14-CV-08128-SVW-SH
JOINT STIPULATION OF DISMISSAL OF
ACTION PURSUANT TO FED R. CIV. P. 41