FILED
CLERK, U.S. DISTRICT COURT

May 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-UNION FROZEN PRODUCTS, INC., a corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a corporation,<br><br>    Defendants. | CASE NO.: 2:14-cv-08128-SVW-SH<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>[Assigned to the Honorable Judge Stephen V. Wilson] |

Pursuant to the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed in its entirety, with prejudice;

2. Each party in this action shall bear their own fees and costs; and

The Court shall close its file.

Dated: May 19, 2016

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE